1  DANIEL M. PETROCELLI (S.B. #097802)
   DAVID MARROSO (S.B. #211655)
2  RANDALL C. WHATTOFF (S.B. #245495)
   O'MELVENY & MYERS LLP
3  1999 Avenue of the Stars, 7th Floor
   Los Angeles, CA  90067-6035
4  Telephone:  (310) 553-6700
   Facsimile:   (310) 246-6779
5  Email:
       dpetrocelli@omm.com
6      dmarroso@omm.com
       rwhattoff@omm.com
7
   Attorneys for Defendant Top Rank, Inc.

FILED
CLERK, U.S. DISTRICT COURT
FEB 14 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GOLDEN BOY PROMOTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TOP RANK, INC., a Nevada corporation, and DOES 1-100,<br><br>Defendants. | CASE NO. CV 06-7658-DSF (RCX)<br><br>STIPULATION TO CONTINUE BY ONE WEEK HEARING ON PLAINTIFF GOLDEN BOY PROMOTIONS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT, FOR SUMMARY ADJUDICATION OF ISSUES AND REQUEST FOR INJUNCTIVE RELIEF; [~~PROPOSED~~] ORDER; DECLARATION OF DAVID MARROSO IN SUPPORT THEREOF<br><br>Original Date: March 5, 2007<br>NEW ~~Proposed~~ Date: March 12, 2007<br>Time: 1:30 p.m.<br>Courtroom: 840<br>Judge: Hon. Dale S. Fischer |

LODGED 2007 FEB 12 PM 4:37 CLERK U.S. DIST. CENTRAL DIST. LOS ANG.

DOCKETED ON CM
FEB 15 2007
BY ___
002

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff and Counter-Defendant Golden Boy Promotions, Inc. ("Golden Boy"), and Defendant and Counter-Claimant Top Rank, Inc. ("Top Rank"), by and through their respective counsel of record, that:

1. The hearing for Golden Boy's Motion For Partial Summary Judgment, For Summary Adjudication of Issues and Request For Injunctive Relief is currently scheduled for March 5, 2007.

2. No dates have been set by the Court for (1) discovery cut-off, (2) last day for hearing motions, (3) pre-trial conference, or (4) trial. However, the parties will be filing soon the Joint Rule 26(f) Report and intend to propose the following dates (or close thereto), subject to Court approval:

| | |
|---|---|
| Discovery Cut-Off Date | July 2, 2007 |
| Last Day For Hearing Motions | Eight Weeks Before Trial |
| Pre-Trial Conference Date | Four Weeks Before Trial |
| Trial Date | October 15, 2007 |

3. Attached is a Declaration of David Marroso setting forth grounds for the requested extension.

4. Neither party has previously requested a continuance for the hearing.

5. The parties have been diligent in preparing for the hearing, including trying to schedule depositions and other discovery.

6. Neither party will be prejudiced by the one-week extension.

7. It is therefore stipulated that, subject to the approval of the Court, Golden Boy's motion shall be heard on March 12, 2007. Subject to Local Rule 7-11, Top Rank's opposition will now be due February 26, 2007, and Golden Boy's reply will be due March 5, 2007.

8. Top Rank agrees that it will not argue that the one-week continuance of the hearing date is a ground to reject Golden Boy's requested injunction. Top Rank reserves the right to oppose the requested injunction on all other grounds, including delay up to the date Golden Boy filed its motion.

Dated: February 12, 2007

Respectfully submitted,

BERTRAM FIELDS
JEFFREY SPITZ
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: /s/ Jeffrey Spitz
Jeffrey Spitz
Attorneys for Plaintiff
Golden Boy Promotions, Inc.

DANIEL M. PETROCELLI
DAVID MARROSO
RANDALL C. WHATTOFF
O'MELVENY & MYERS LLP

By: /s/ David Marroso
David Marroso
Attorneys for Defendant
Top Rank, Inc.

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: February 13, 2007

Hon. Dale S. Fischer
United States District Judge

- 3 -

STIP. TO CONTINUE BY ONE WEEK THE
HEARING FOR GOLDEN BOY'S
SUMMARY JUDGMENT MOTION

## DECLARATION OF DAVID MARROSO

I, DAVID MARROSO, declare and state:

1. I am counsel with the law firm of O'Melveny & Myers LLP, attorneys of record for Defendant and Counter-Claimant Top Rank, Inc. ("Top Rank") in this action, and a member of the California State Bar. Pursuant to the Court's Standing Order, I submit this Declaration of Good Cause in support of the Stipulation to Continue By One Week the Hearing For Plaintiff Golden Boy Promotions, Inc.'s Motion For Partial Summary Judgment, For Summary Adjudication of Issues and Request For Injunctive Relief ("Motion").

2. Plaintiff and Counter-Defendant Golden Boy Promotions, Inc. ("Golden Boy")'s motion seeks significant relief and includes five substantive declarations and 89 alleged undisputed facts. The hearing currently is set for March 5, 2007.

3. To date, no discovery has been completed and initial disclosures have not been exchanged. The initial meeting of counsel required by Rule 26 of the Federal Rules of Civil Procedure took place two weeks ago, on January 23, 2007. Since then, the parties have noticed depositions and exchanged document demands.

4. If the Court does not continue the hearing on the Motion, Top Rank's reply would be due this Friday, February 16, 2007. Normally, Top Rank's opposition would be due on February 19, but that day is Presidents' Day, a court observed holiday, and pursuant to section 6(a) of this Court's Standing Order, Top Rank is required to file its opposition on the preceding Friday. By continuing the hearing until March 12, Top Rank would have until February 26 to file its opposition.

5. Furthermore, Top Rank scheduled for tomorrow, February 13, 2007, the deposition of third-party witness Freddy Roach who submitted a declaration in support of Golden Boy's motion.

1      6.    It was necessary to schedule Mr. Roach's deposition this week because the following week, he leaves on a national publicity tour and immediately thereafter will begin training Golden Boy President Oscar de la Hoya in Puerto Rico.

    7.    Additionally, I have had a vacation scheduled for February 15-19, 2007 planned since before Golden Boy filed its motion.

    8.    On February 7, 2007, I contacted Jeffrey Spitz, counsel for Golden Boy, and requested a one-week continuance for the hearing. Mr. Spitz stipulated to continue the hearing to March 12, 2007 on the condition that Top Rank will not argue that the one-week continuance be used as a ground to oppose Golden Boy's requested injunction. I agreed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 12th day of February 2007 in Los Angeles, California.

_____
David Marroso

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in the County of Los Angeles, State of California, by First Legal Support Services, whose address is 1511 West Beverly Blvd., Los Angeles, California, 90026, and which has been employed by a member of the bar of this Court at whose direction the service was made. I am over the age of eighteen years and not a party to the within action. On February 12, 2007, I personally served the following:

**STIPULATION TO CONTINUE BY ONE WEEK THE HEARING FOR PLAINTIFF GOLDEN BOY PROMOTIONS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT, SUMMARY ADJUDICATION OF ISSUES AND INJUNCTIVE RELIEF; [PROPOSED] ORDER; DECLARATION OF DAVID MARROSO IN SUPPORT THEREOF**

by personally delivering a copy thereof to the office of the person(s) listed below, by either handing the copy to the person or leaving it with the receptionist or other person having charge of the office thereof:

>Bertram Fields, Esq.
>Jeffrey Spitz, Esq.
>Greenberg Glusker Fields Claman & Machtinger LLP
>1900 Avenue of the Stars, Suite 2100
>Los Angeles, California 90067

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on February 12, 2007, at Los Angeles, California.

_____
Signature

_____
Chris Jahn
Printed Name

CC1:757531 4