ORIGINAL

BERTRAM FIELDS (SBN 024199)
JEFFREY SPITZ (SBN 119343)
JAMES TOMA (SBN 217016)
RACHEL WILKES (SBN 240642)
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687
bfields@ggfirm.com
jspitz@ggfirm.com
jtoma@ggfirm.com
rwilkes@ggfirm.com

Judd Burstein, *pro hac vice*
Judd Burstein, P.C.
1790 Broadway
New York, New York 10019
Telephone: 212.974.2400
Fax: 212.974.2944
jburstein@burlaw.com

Attorneys for Plaintiff and Counter-Defendant
GOLDEN BOY PROMOTIONS, INC.

FILED
CLERK, U.S. DISTRICT COURT
JUN 27 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

✓ P/SEND

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, INC., a California corporation<br><br>Plaintiff and Counter-Defendant,<br><br>vs.<br><br>TOP RANK, INC., a Nevada corporation, and DOES 1-100,<br><br>Defendant and Counter-Claimant<br><br>EMMANUEL "MANNY" PACQUIAO, M-P PROMOTIONS, INC.,<br><br>Intervenors. | Case No. CV 06-7658-DSF (RCx)<br><br>**STIPULATION TO CONTINUE MOTION HEARING CUTOFF DATE** AND ORDER<br><br>Current Motion Cut-off: July 23, 2007<br>~~Proposed~~ Cut-off: July 30, 2007<br>NEW<br>Trial: Oct. 16, 2007 |

DOCKETED ON CM
JUN 28 2007
BY ___ 021

97

1590709.1
17896-00607

STIPULATION RE MOTION CUTOFF DATE

## STIPULATION

IT IS HEREBY STIPULATED, by and between Plaintiff Golden Boy Promotions, Inc., Defendant Top Rank, Inc., and Intervenors Emmanuel Pacquiao and M-P Promotions, Inc., through their respective attorneys of record and subject to order of Court, that the final date for hearing on all non-discovery motions, currently set for July 23, 2007, be continued seven days to July 30, 2007.

The reason for this Stipulation is that the parties participated in a mediation on June 16, 2007, that progress was achieved at the mediation, that the parties are continuing to negotiate a possible settlement with the help of the mediator, and that the parties and the mediator, Daniel Weinstein, believe that it is in the parties' mutual interest that the parties have additional time to engage in settlement negotiations before any moving papers are due.

DATED: June 25, 2007

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: /s/ James Toma
JAMES TOMA
Attorneys for Plaintiff and Counter-Defendant GOLDEN BOY PROMOTIONS, INC.

DATED: June 25, 2007

O'MELVENY & MYERS, LLP

By: /s/ David Marroso
DAVID MARROSO
Attorneys for Defendant and Counter-Claimant TOP RANK, INC.

DATED: June 25th, 2007

HARRISON, KEMP, JONES & COULTHARD, LLP

By: /s/ William Coulthard
WILLIAM COULTHARD
Attorneys for Intervenors EMMANUEL PACQUIAO and M-P PROMOTIONS, INC.

## ORDER

IT IS HEREBY ORDERED that the final date for hearing on all non-discovery motions be continued from July 23, 2007 to July 30, 2007.

DATED: June 26, 2007

_____
Hon. Dale S. Fischer

# PROOF OF SERVICE
CCP §1011, CCP §1013a(3)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 1900 Avenue of the Stars, Suite 2100, Los Angeles, California 90067-4590.

On June 25, 2007, I served the foregoing document described as **STIPULATION TO CONTINUE MOTION HEARING CUTOFF DATE** on the interested parties in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelope addressed as follows:

William L. Coulthard, Esq.
Carol Harris, Esq.
Harrison, Kemp Jones & Coulthard
3800 Howard Hughes Parkway
17th Floor
Las Vegas, Nevada 89169

Daniel M. Petrocelli, Esq.
David Marroso, Esq.
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

**BY U.S. MAIL**

☒ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on June 25, 2007, at Los Angeles, California.

**BY PERSONAL SERVICE:**

☐ I caused such envelope to be delivered to the offices of the addressee.

Executed on June 25, 2007, at Los Angeles, California.

☒ (Fed) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Sue Scott_

Signature

1568103.1
17896-00607