BERTRAM FIELDS (SBN 024199)
JEFFREY SPITZ (SBN 119343)
JAMES TOMA (SBN 217016)
RACHEL WILKES (SBN 240642)
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687
bfields@ggfirm.com
jspitz@ggfirm.com
jtoma@ggfirm.com
rwilkes@ggfirm.com

Judd Burstein, *pro hac vice*
Judd Burstein, P.C.
1790 Broadway
New York, New York 10019
Telephone: 212.974.2400
Fax: 212.974.2944
jburstein@burlaw.com

Attorneys for Plaintiff and Counter-Defendant
GOLDEN BOY PROMOTIONS, INC.

FILED
CLERK, U.S. DISTRICT COURT
SEP 18 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

✓ SEND
✓ JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, INC., a California corporation<br><br>Plaintiff and Counter-Defendant,<br><br>vs.<br><br>TOP RANK, INC., a Nevada corporation, and DOES 1-100,<br><br>Defendant and Counter-Claimant<br><br>EMMANUEL "MANNY" PACQUIAO, MP PROMOTIONS, INC.,<br><br>Intervenors. | Case No. CV 06-7658-DSF (RCx)<br><br>Hon. Dale S. Fischer<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>Trial Date: |

DOCKETED ON CM
SEP 20 2007
BY ____ 009

1591899 1
17896-00607

STIPULATION AND ORDER FOR DISMISSAL

Plaintiff Golden Boy, Inc., defendant, Top Rank, Inc. and Intervenors, Emmanuel "Manny" Pacquiao and MP Promotions, Inc. (each a "Party" and collectively the "Parties") enter into the below stipulation with respect to the following facts:

Whereas, the Parties have entered into an agreement to settle and resolve all disputes that are the subject of this action and have entered into a confidential settlement agreement for that purpose,

It is hereby stipulated that:

1. The entire action shall be dismissed with prejudice as to all Parties and claims and any claims that may have been or could have been asserted herein by any Party against any other Party;

2. Each Party shall bear its own costs and attorneys' fees incurred in this action.

DATED: September 13, 2007    GREENBERG GLUSKER FIELDS CLAMAN
                                                            & MACHTINGER LLP

By: /s/ James M. Toma
JAMES M. TOMA
Attorneys for Plaintiff
GOLDEN BOY PROMOTIONS, INC.

DATED: September 14, 2007    O'MELVENY & MYERS, LLP

By: _____
DAVID MARROSO
Attorneys for Top Rank, Inc.

DATED: September 12TH, 2007    HARRISON, KEMP & JONES

By: _____
WILLIAM L. COULTHARD
Attorneys for Emmanuel "Manny" Pacquiao
and M-P Promotions, Inc.

1591899 1
17896-00607

STIPULATION AND ORDER FOR DISMISSAL

# ORDER

The Court, having considered the foregoing Stipulation of the Parties and good cause appearing therefore,

It is hereby ordered that:

1. The entire action is dismissed with prejudice.

2. Each Party shall bear its own costs and attorneys' fees incurred in this action.

DATED: 9-18-07

Hon. Dale S. Fischer
United States District Judge

Respectfully submitted,

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1591899 1
17896-00607

# PROOF OF SERVICE
### CCP §1011, CCP §1013a(3)

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California

I am over the age of 18 and not a party to the within action; my business address is 1900 Avenue of the Stars, Suite 2100, Los Angeles, California 90067-4590.

On September 17, 2007, I served the foregoing document described as STIPULATION AND ORDER FOR DISMISSAL on the interested parties in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelope addressed as follows:

| | |
|---|---|
| William L. Coulthard, Esq.<br>Carol Harris, Esq.<br>Harrison, Kemp Jones & Coulthard<br>3800 Howard Hughes Parkway<br>17th Floor<br>Las Vegas, Nevada 89169 | Daniel M. Petrocelli, Esq.<br>David Marroso, Esq.<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067 |

**BY FAX AND U.S. MAIL**

☒ As follows. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on September 17, 2007, at Los Angeles, California.

**BY PERSONAL SERVICE:**

☐ I caused such envelope to be delivered to the offices of the addressee.

Executed on September 17, 2007, at Los Angeles, California.

☒ (Fed) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Mary Jane Howroyd                      _____
                                        Signature

1568103 1
17896-00607